EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING & MARKETING, LTD., Plaintiff | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, Defendant | : | |

**FOURTH AMENDED NOTICE OF THE DEPOSITION OF MARK PETERSON**

**PLEASE TAKE NOTICE** that plaintiff, International Sourcing & Marketing, Ltd., pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, shall take the deposition upon oral examination of Mark Peterson, on **Monday, June 13, 2005, at 10:00 a.m.**, before a Notary Public or other officer qualified to administer oaths, for the purpose of discovery and/or for use as evidence at trial, at the law offices of Sammartino & Berg LLP, Shakespeare Hall, 128 Dorrance Street, Suite 400, Providence, Rhode Island 02903. Said deposition shall continue from day to day until completed.

The deponent is instructed to produce at the deposition the documents set forth in the attached *Schedule 1.*

You are invited to attend and cross-examine.

INTERNATIONAL SOURCING &
MARKETING, LTD.
By its Attorneys,

CATHERINE A. SAMMARTINO
Bar No. 4762
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113 Telephone
(401) 274--0175 Facsimile

## CERTIFICATION

facsimile +

I hereby certify that on this 3rd day of June, 2005, I caused to be submitted via regular mail, postage prepaid, and via facsimile, a copy of the within Third Amended Notice of Deposition to the following counsel of record:

Armando E. Batastini, Esquire
Stephen MacGillivray, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

Allen J. Anderson, Esquire
Fees & Burgess, P.C.
213 Green Street
Huntsville, AL 35801

# SCHEDULE 1

1. Your appointment calendar(s), electronic or on paper, for the period April 2004 to August 2004.

2. All documents and communications between you and ISM with regard to your claimed entitlement to performance bonuses or commissions, including but not limited to your requests to be paid bonuses or commissions.

3. All quotes, proposals, or bids prepared by you, or with your assistance, directly or indirectly, or at your behest, for any of the entities identified in *Schedule A*.

4. From August 2004 to the present, all documents and communications (other than those with your attorneys) between you and any other person that contain references to ISM.

5. From June 2004 to the present, any and all documents and communications prepared by you, including resumes and responses to postings for positions, with regard to your plans to enter the teaching profession.

6. From June 2004 to the present, any and all documents and communications between you, or a person acting on your behalf/at your behest, and any third party for the purpose of creating, developing and/or testing any product prototype(s) for ultimate presentation to any of the ISM customers identified in *Schedule A*.

7. Telephone records for your residential telephone service for the period May 2004 through July 2004.

8. Telephone records for any cellular telephone(s) owned by you or in your possession, other than the one provided by ISM, for the period May 2004 through July 2004.

9. Any employment agreement, offer of employment, or other document or Communication, including addenda and exhibits, between you and Pal Pilot setting forth the terms of your work relationship with and compensation from Pal Pilot.

10. Any documents or communications between you and any employee or agent of Rep One during the period August 2004 through April 2005.

SCHEDULE A

ISM Customers

ISM Prospects - quotations issued

Customer name

[illegible]

27M

2C COMPUTING

[illegible]

3D LABS

[illegible]

AB AUTOMOTIVE LTD

AB ELECTRONIC ASSEMBLIES

[illegible]

ACBEL POLYTECH, INC

ACCESS MEDIA

[illegible]

ACT

[redacted]

ADTRAN

AGILENT TECHNOLOGIES

[redacted]

AMT DATASOUTH

ANDOVER CONTROLS

ANSEN CORP

APC

[redacted]

ASTEC

ASTROMED

[illegible]

AVATAR

[illegible]

AVID

AVOCENT

BANG AND OLUFSEN

BENCHMARK

[illegible]

BEYE ELECTRONICS

ISM Customers

ISM Prospects - quotations issued

| Customer name |
|---|
| [redacted] |
| BOSE |
| [redacted] |
| CADENCE |
| [redacted] |
| CEL |
| CELESTICA |
| CHANNEL MASTER |
| [redacted] |
| CIDAV |
| [redacted] |
| CM SOLUTIONS |
| COLORADO VNET |
| [redacted] |
| C-VISION |
| [redacted] |
| DELL |
| DELPHI |
| DENIS FERRANTI METERS LTD |
| [redacted] |
| DIGIUM |
| [redacted] |
| DUAL-COR |
| [redacted] |
| EATON |
| [redacted] |
| EHS |
| ELAMEX |
| ELAN VITAL |
| ELASTIC NETWORKS |

ISM Customers

ISM Prospects - quotations issued

| Customer name |
|---|
| ELCOTEQ |
| ECHOSTAR |
| EMC |
| [redacted] |
| EMITOR |
| [redacted] |
| ERICSSON |
| [redacted] |
| EXCELSYS |
| FLEXTRONICS |
| [redacted] |
| FUJITSU |
| [redacted] |
| GOLDLINE |
| [redacted] |
| GTECH |
| HAYWARD |
| [redacted] |
| HORNELL |
| HOWARD IND |
| HP |
| [redacted] |
| HYPERCOM |
| [redacted] |
| INVACOM |
| IONICS |
| I-PLUS |

| Customer name | ISM Customers | ISM Prospects - quotations issued |
|---|---|---|
| IR - LOCKNETICS | | |
| IR - SECURITY | | |
| [redacted] | | |
| JABIL | | |
| [redacted] | | |
| KEM | | |
| [redacted] | | |
| KEYTRONICS | | |
| KITRON | | |
| KODAK | | |
| KOSTAL | | |
| KREATEL | | |
| KRONE | | |
| [redacted] | | |
| KTEC ELECTRONICS | | |
| LAKE COMMUNICATIONS | | |
| [redacted] | | |
| LUCAS | | |
| [redacted] | | |
| MAGNETI MARELLI | | |
| MASTERWORK ELECTRONICS | | |
| [redacted] | | |
| MC ASSEMBLY | | |
| MDS | | |
| [redacted] | | |
| MTS | | |
| NCR | | |
| NEPTUNE | | |
| NETWORK ENGINES | | |
| NOKIA | | |

ISM Customers

ISM Prospects - quotations issued

| Customer name |
|---|
| NORPRINT |
| NOTE |
| OAKLEY |
| OMNIGO |
| PACE MICRO TECHNOLOGY |
| [redacted] |
| PHILIPS |
| PHILIPS MEDICAL SYSTEMS |
| [redacted] |
| PLEXUS CORP KELSO (KELTEC) |
| [redacted] |
| RAYMARINE |
| ROCHE |
| [redacted] |
| SCIENTIFIC ATLANTA |
| [redacted] |
| SIEMENS |
| [redacted] |
| SIMPLEX |
| [redacted] |
| SMART TECHNOLOGY |
| SMK |
| SOLECTRON |
| SOMA NETWORKS |
| SANMINA SCI |
| ST KELTEC |

ISM Customers

ISM Prospects - quotations issued

| Customer name |
|---|
| SAME TIME LIMITED |
| STI |
| [redacted] |
| TALLA-COM |
| [redacted] |
| TCE |
| [redacted] |
| TECHSONICS |
| [redacted] |
| TLC |
| TOSHIBA |
| TRANS TRON LTD |
| [redacted] |
| TRINTECH |
| [redacted] |
| TT ELECTRONICS |
| [redacted] |
| UEC |
| USI |
| USR |
| VAILLANT HEPWORTH |
| [redacted] |
| VERILINK |
| VESTEL |
| [redacted] |
| V-TECH |
| WELLEX CORP. |
| WELWYN SYSTEMS |
| WESTERN TEK |
| [redacted] |
| XEROX |
| ZEBRA |
| ZOOM TELEPHONICS |