EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING AND MARKETING, LTD., :
Plaintiff, :
v. : C.A. No. 04-511ML
MARK PETERSON, :
Defendant. :

**OBJECTION TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 30(b)(5) and Rule 34 of the Federal Rules of Civil Procedure, Defendant Mark Peterson hereby objects to certain requests for documents attached to his Notice of Deposition.

**Request No. 1:** Your appointment calendar(s), electronic or on paper, for the period April 2004 to August 2004.

**Objection:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 3:** All quotes, proposals, or bids prepared by you, or with your assistance, directly or indirectly, or at your behest, for any of the entities identified in *Schedule A*.

**Objection:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 4:** From August 2004 to the present, all documents and communications (other than those with your attorneys) between you and any other person that contain references to ISM.

**Objection:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 6:** From June 2004 to the present, any and all documents and communications between you, or a person acting on your behalf/at your behest, and any

third party for the purpose of creating, developing and/or testing any product prototype(s) for ultimate presentation to any of the ISM customers identified in *Schedule A*.

**Objection:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 7:** Telephone records for your residential telephone service for the period May 2004 through July 2004.

**Objection:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 8:** Telephone records for any cellular telephone(s) owned by you or in your possession, other than the one provided by ISM, for the period May 2004 through July 2004.

**Objection:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 9:** Any employment agreement, offer of employment, or other document or communication, including addenda and exhibits, between you and Pal Pilot setting forth the terms of your work relationship with and compensation from Pal Pilot.

**Objection:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 10:** Any documents or communications between you and any employee or agent of Rep One during the period August 2004 through April 2005.

**Objection:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 7th day of June, 2005, I caused a true copy of the within Objection to be served by first class mail, postage prepaid, to the following counsel of record:

Catherine Sammartino, Esq.
Sammartino & Berg LLP
128 Dorrance Street, Suite 400
Providence, RI 02903