UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING AND MARKETING, LTD., Plaintiff, | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, Defendant. | : | |

**DEFENDANT'S OBJECTION TO "EMERGENCY" MOTION TO COMPEL**

Defendant Mark Peterson ("Peterson") hereby objects to Plaintiff International Sourcing and Marketing, Ltd.'s ("ISM") so-called Emergency Motion to Compel. In support of this objection, Peterson states:

1. Prior to receipt of ISM's motion, Peterson's counsel sent counsel for ISM a voicemail and e-mail wherein counsel indicated that Peterson would produce all documents in his possession, custody and control that ISM's deposition notice of Peterson requested. Peterson had earlier propounded objections to some of those requests because the requests afforded him ten days or less to respond, and as a result, Peterson was unsure whether he would be able to assemble responsive documents (including a large volume of phone records) in that time frame.

2. Any alleged emergency is wholly the fault of ISM. This matter has been pending for over six months and ISM knew about the June 14 settlement conference since May 14, but waited until after close of business on Friday, June 3 to request documents from Peterson.

In view of the foregoing, ISM's Emergency Motion to Compel should be summarily denied.

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)