UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING &
MARKETING, LTD.,
Plaintiff

v. C.A. No. 04-511ML

MARK PETERSON,
Defendant

**WITHDRAWAL OF PLAINTIFF'S EMERGENCY MOTION TO COMPEL**

Now comes the Plaintiff, International Sourcing & Marketing ("ISM") and hereby withdraws it Emergency Motion To Compel that was filed June 9, 2005.

Respectfully submitted,

INTERNATIONAL SOURCING &
MARKETING, LTD.,
By its Attorney,

[signature]

CATHERINE A. SAMMARTINO
Bar No. 4762
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113 telephone
(401) 274-0175 facsimile

Enter:
Mary M. Lisi
USDJ 6/10/05

**CERTIFICATION OF SERVICE**

I hereby certify that on this 9th day of June, 2005, I caused to be submitted via facsimile and regular mail, postage prepaid, a copy of the within Withdrawal to the following counsel of record:

Armando E. Batastini, Esquire
Stephen J. MacGillivray, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

Allen J. Anderson, Esquire
Fees & Burgess, P.C.
213 Green Street
Huntsville, AL 35801

[signature]