UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING AND MARKETING, LTD., :
Plaintiff, :
v. : C.A. No. 04-511ML
MARK PETERSON, :
Defendant. :

**STIPULATION**

Upon agreement of the parties, Plaintiff International Sourcing & Marketing, Ltd. and Defendant Mark Peterson may have up to and including July 1, 2005 to respond to all outstanding discovery in the above-captioned matter.

INTERNATIONAL SOURCING & MARKETING, LTD.

By its Attorney,

[signature]
Catherine A. Sammartino (#4762)
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 (fax)

Date: 6/21/05

MARK PETERSON

By his Attorneys,

[signature]
Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Date: 6/24/05

Enter:
[signature] USDJ 6/27/05