UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING AND MARKETING, LTD., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO EXTEND DISCOVERY CLOSURE DEADLINE**

Defendant Mark Peterson ("Peterson") hereby respectfully requests that this Court extend the discovery closure deadline and all other dates in its Pre-Trial Order by sixty days. In support of this motion, Peterson states that discovery in this matter closed on October 6, 2005. Prior to that date, counsel for Plaintiff International Sourcing and Marketing, Ltd. ("ISM") indicated in e-mail correspondence that she would be filing a motion to extend the discovery closure date, and Peterson assented to that proposed motion. However, ISM failed to file that motion. This motion is further necessitated by the fact that Peterson has received grossly incomplete responses to his interrogatories or requests for production, including failing to provide documentation regarding Peterson's alleged breach of the subject non-compete agreement or ISM's alleged damages. A hearing on Peterson's motions to compel are scheduled for October 13, 2005. Thereafter, Peterson must depose certain critical witnesses, including a 30(b)(6) deposition of ISM, for which Peterson will need to use documents that ISM has withheld to date. Therefore, Peterson

respectfully requests that the discovery closure deadline and all other dates in its Pre-Trial Order be extended by sixty days.

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 12th day of October, 2005, I caused a true copy of the within Motion to be served by facsimile and first class mail, postage prepaid, to the following counsel of record:

Catherine Sammartino, Esq.
Sammartino & Berg LLP
128 Dorrance Street, Suite 400
Providence, RI 02903