UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING & MARKETING, LTD., Plaintiff | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, Defendant | : | |

**PLAINTIFF, INTERNATIONAL SOURCING & MARKETING, LTD's MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, International Sourcing & Marketing, Inc. ("ISM") respectfully moves for leave to enlarge the period in which to submit discovery, pursuant to this Court's October 14, 2005 Order, up to and including November 30, 2005.

ISM relies upon its' accompanying Memorandum of Law in support of the within motion.

INTERNATIONAL SOURCING &
MARKETING, LTD.,
By its' Attorneys,

CATHERINE A. SAMMARTINO
Bar No. 4762
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113 telephone
(401) 274-0175 facsimile

**CERTIFICATION**

I hereby certify that on this 9th day of November, 2005, I caused to be submitted via facsimile and regular mail, postage prepaid, a copy of the within Motion to the following counsel of record:

Armando E. Batastini, Esquire
Stephen J. MacGillivray, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

Allen J. Anderson, Esquire
FEES & BURGESS, P.C.
213 Green Street
Huntsville, AL 35801

Mary A. Gilson
______________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING & MARKETING, LTD., Plaintiff | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, Defendant | : | |

**PLAINTIFF, INTERNATIONAL SOURCING & MARKETING, LTD's MEMORANDUM IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, International Sourcing & Marketing, Inc. ("ISM") respectfully moves for leave to enlarge the period in which to submit discovery pursuant to this court's October 14, 2005, Order Re Defendant's Motion to Compel Further Answers and Responses (the "Order"). A copy of this Court's October 14, 2005, Order is attached as Exhibit A. For the reasons provided below, ISM requests until **November 30, 2005,** in which to provide responses.[1]

The amount of supplemental discovery in this matter is voluminous. The court instructed ISM to produce additional documents, including documents that would establish ISM's relationship with approximately 230 of its customers, not to exceed ten pages per customer. Exhibit A, p. 3, ¶12. Thus, additional documents in the thousands of pages are to be produced.

The process of obtaining responsive documents has taken extensive time and effort, and has been delayed by the extended absence of ISM's President and Executive Vice President, both of whom have been, and presently remain, in

[1] Although the Order is silent in connection with the time in which ISM is to produce supplemental responses, upon information and belief, the Court indicated a four week response time (November 10, 2005).

Europe and China for business purposes. These executives will not return to the United States until late next week and must review and approve discovery responses. Due to sheer volume, this exercise cannot, as a practical matter, be conducted via alternate means.

The requested enlargement of time does not impose any hardship upon Defendant, as discovery does not close in this matter until December 2005.

Typically, extensions of this nature are agreed upon between the parties. The undersigned counsel requested that Peterson's counsel stipulate to an enlargement of time to provide responses, but was advised to file the within motion.[2]

WHEREFORE, for all of the reasons set forth herein, plaintiff INTERNATIONAL SOURCING & MARKETING, LTD., respectfully requests an enlargement of time, until November 30, 2005, in which to provide supplemental discovery responses.

INTERNATIONAL SOURCING &
MARKETING, LTD.,
By its Attorneys,

CATHERINE A. SAMMARTINO
Bar No. 4762
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113 telephone
(401) 274-0175 facsimile

**CERTIFICATION**

[2] This response was unexpected, as ISM, through its' counsel, has extended Defendant the courtesy of submitting responses to Requests for Admission "out of time."

I hereby certify that on this 9th day of November, 2005, I caused to be submitted via facsimile and regular mail, postage prepaid, a copy of the within Memorandum to the following counsel of record:

Armando E. Batastini, Esquire
Stephen J. MacGillivray, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

Allen J. Anderson, Esquire
FEES & BURGESS, P.C.
213 Green Street
Huntsville, AL 35801

Mary A. Dilson
________________________