UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING AND MARKETING, LTD., Plaintiff, | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, Defendant. | : | |

**DEFENDANT'S MOTION FOR DISMISSAL FOR**
**<u>PLAINTIFF'S FAILURE TO COMPLY WITH DISCOVERY ORDER</u>**

Defendant Mark Peterson ("Defendant") hereby respectfully requests that this Court to dismiss the Complaint of Plaintiff International Sourcing and Marketing, Ltd. ("ISM") in its entirety as a result of ISM's failure to comply with this Court's Order dated October 14, 2005 compelling supplemental responses to certain interrogatories and requests for production. ISM's supplemental responses were due by November 4, 2005. (The Court verbally informed ISM's counsel from the bench at the October 13, 2005 hearing on these motions that the Court would allow ISM three weeks to comply with Defendant's Order.) To date, ISM has not provided those supplemental responses, and is now in violation of the aforementioned Order. This Court should therefore dismiss ISM's Complaint in its entirety.

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)