Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING AND MARKETING, LTD.,

Plaintiff,

v.

MARK PETERSON,

Defendant.

C.A. No. 04-511ML

**STIPULATION**

Upon agreement of the parties, Plaintiff International Sourcing & Marketing, Ltd. and Defendant Mark Peterson may have up to and including July 1, 2005 to respond to all outstanding discovery in the above-captioned matter.

INTERNATIONAL SOURCING & MARKETING, LTD.

By its Attorney,

Catherine A. Sammartino (#4762)
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 (fax)

Date: 6/21/05

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Date: 6/24/05

Enter
Mary M. Lisi
USDJ 6/27/05