UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING &
MARKETING, LTD.,

Plaintiff

v. C.A. No. 04-511ML

MARK PETERSON,

Defendant

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY CLOSURE DEADLINE**

Plaintiff, International Sourcing & Marketing ("ISM") respectfully requests that this Court extend discovery closure deadline and all other dates in its Pre-Trial Order by an additional sixty days. In support of this motion, ISM states that discovery in this matter closes on December 5, 2005. Plaintiff has just recently learned from the deposition of Ty Daniels, conducted December 1, 2005, that it will need to depose additional employees of Rep One, Inc., specifically Mr. Mark Smith, which it has already noticed for deposition. In addition, Plaintiff has noticed a 30(b)(6) deposition of National Cash Register ("NCR"). Said 30(b)(6) deposition originally scheduled for December 2, 2005, was continued because Corporate counsel for NCR stated that it will not be available until mid-January. Further, Defendant has filed a motion to extend discovery for the purpose of conducting depositions of ISM. Defendant, it his motion to extend discovery also requested that all deadlines in the Pre-Trial Order be extended by sixty days. An extension of time would enable all parties to complete needed discovery.

Plaintiff is forced to file this motion because Defendant refused to stipulate to an extension of time for both parties to conduct discovery; Defendant requested an extension of

time solely for the purpose of Defendant to conduct discovery. Therefore, ISM respectfully requests that the discovery closure deadline and all other deadlines in its Pre-Trial Order be extended by an additional sixty days until February 5, 2005.

INTERNATIONAL SOURCING &
MARKETING, LTD.,
By its Attorneys,

CATHERINE A. SAMMARTINO
Bar No. 4762
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113 telephone
(401) 274-0175 facsimile

DANIELLE R. MENARD
Bar No. 5821
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113 telephone
(401) 274-0175 facsimile

## CERTIFICATION

I hereby certify that on this 2 day of December, 2005, I caused to be submitted via facsimile and regular mail, postage prepaid, a copy of the within Memorandum in Opposition to the following counsel of record:

Armando E. Batastini, Esquire
Stephen J. MacGillivray, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

Allen J. Anderson, Esquire
FEES & BURGESS, P.C.
213 Green Street
Huntsville, AL 35801