UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING &
MARKETING, LTD.,

Plaintiff

v. C.A. No. 04-511ML

MARK PETERSON,

Defendant

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DISCOVERY CLOSURE DEADLINE FOR THE LIMITED PURPOSE OF PERMITTING DEFENDANT TO TAKE DEPOSITIONS**

Plaintiff, International Sourcing & Marketing ("ISM") hereby opposes Defendant, Mark Peterson's motion to extend discovery closure deadline for the limited purpose of permitting defendant to take depositions and submits the accompanying memorandum of law in support thereof.

INTERNATIONAL SOURCING &
MARKETING, LTD.,
By its Attorneys,

CATHERINE A. SAMMARTINO (#4762)
DANIELLE R. MENARD (#5821)
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113 telephone
(401) 274-0175 facsimile

**CERTIFICATION**

I hereby certify that on this 5 day of December, 2005, I caused to be submitted via facsimile and regular mail, postage prepaid, a copy of the within Memorandum in Opposition to the following counsel of record:

Armando E. Batastini, Esquire
Stephen J. MacGillivray, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

Allen J. Anderson, Esquire
FEES & BURGESS, P.C.
213 Green Street
Huntsville, AL 35801

________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING &
MARKETING, LTD.,

Plaintiff

v. C.A. No. 04-511ML

MARK PETERSON,

Defendant

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DISCOVERY CLOSURE DEADLINE FOR THE LIMITED PURPOSE OF PERMITTING DEFENDANT TO TAKE DEPOSITIONS**

Plaintiff, International Sourcing & Marketing ("ISM") hereby submits the following memorandum in support of its opposition to Defendant, Mark Peterson's motion to extend discovery closure deadline for the limited purpose of permitting defendant to take depositions.

Discovery in this matter is set to close on December 5, 2005. Defendant has requested that discovery closure deadlines be enlarged by sixty days solely for defendant's benefit. Plaintiff had previously requested Defendant stipulate to an extension of discovery closure deadlines by sixty days for both parties. Defendant refused. Instead, because of Defendant's obstinacy, Plaintiff was forced to file a motion to extend discovery closure deadlines by sixty days with the court, wasting both this Court's resources and incurring needless costs for both clients.

Plaintiff opposes Defendant's motion to extend discovery closure deadlines solely for the defendant's benefit. Plaintiff states that its motion to extend discovery deadlines

for both parties is more just as it gives *both* parties the needed additional discovery time and makes the defendant's motion to extend the discovery deadlines solely for the defendant's purposes moot.

Accordingly, Plaintiff requests this Court deny the Defendant's motion to extend discovery deadlines solely for the defendant's purposes.

INTERNATIONAL SOURCING &
MARKETING, LTD.,
By its Attorneys,

CATHERINE A. SAMMARTINO (#4762)
DANIELLE R. MENARD (#5821)
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113 telephone
(401) 274-0175 facsimile

**CERTIFICATION**

I hereby certify that on this 5 day of December, 2005, I caused to be submitted via facsimile and regular mail, postage prepaid, a copy of the within Memorandum in Opposition to the following counsel of record:

Armando E. Batastini, Esquire
Stephen J. MacGillivray, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

Allen J. Anderson, Esquire
FEES & BURGESS, P.C.
213 Green Street
Huntsville, AL 35801