UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING AND MARKETING, LTD., Plaintiff, | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, Defendant. | : | |

**NOTICE TO TAKE DEPOSITION OF TIM SULLIVAN**

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendant Mark Peterson will take the deposition, upon oral examination, of Tim Sullivan on **Wednesday, December 21, 2005 at 9:00 a.m. (CST)**, and from day to day thereafter until completed, at the offices of PalPilot, 43 Corporate Park, Suite 204, Irvine, California, before a qualified shorthand reporter of the State of California.

Said examination will be for the purpose of discovery or for use as evidence in this case, or both, pursuant to the provisions of Rule 30 of the Rhode Island Rules of Civil Procedure.

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 2nd day of December, 2005, I caused a true copy of the within Notice to Take Deposition to be served by first class mail, postage prepaid, to the following:

Catherine Sammartino, Esq.
Sammartino & Berg LLP
128 Dorrance Street, Suite 400
Providence, RI 02903

Allen L. Anderson, Esq.
Fees & Burgess, P.C.
213 Green Street
Huntsville, AL 35801

Mr. Tim Sullivan
PalPilot
43 Corporate Park, Suite 204
Irvine, CA 92606

Barkley Court Reporters
2201 Dupont Drive, Suite 150
Irvine, CA 92612