UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING AND MARKETING, LTD., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, | : | |
| Defendant. | : | |

**NOTICE TO TAKE DEPOSITION OF MICHAEL SKETERS**

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendant Mark Peterson will take the deposition, upon oral examination, of Michael Sketers on **Tuesday, December 20, 2005 at 9:00 a.m. (CST)**, and from day to day thereafter until completed, at the offices of Fees & Burgess, P.C., 213 Green Street, Huntsville, Alabama, before a qualified shorthand reporter of the State of Alabama.

Said examination will be for the purpose of discovery or for use as evidence in this case, or both, pursuant to the provisions of Rule 30 of the Rhode Island Rules of Civil Procedure.

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 2nd day of December, 2005, I caused a true copy of the within Notice to Take Deposition to be served by first class mail, postage prepaid, to the following:

Catherine Sammartino, Esq.
Sammartino & Berg LLP
128 Dorrance Street, Suite 400
Providence, RI 02903

Allen L. Anderson, Esq.
Fees & Burgess, P.C.
213 Green Street
Huntsville, AL 35801

Mr. Michael Sketers
Seimens Electronics
100 Electronics Boulevard
Huntsville, AL 35824

Huntsville Reporting Inc.
109 Jefferson Street North
Huntsville, AL 35801