A. With Mark Smith at Rep. One.
Q. And what is Mr. Smith's title at Rep. One?
A. I believe his title is Outside Sales -- Outside Sales. Sales Rep., I guess.
Q. Now, have you met with him personally or have your interactions been my phone or e-mail?
A. With all three. I've met with Mark Smith. I've had other interactions with him via phone and e-mail.
Q. When did you first -- when did you first begin your communications with Mark Smith?
A. It was around the time period of -- I want to say first part of October, time frame of this year.
Q. And did Mr. Smith contact you?
A. Yes.
Q. What was the basis for his contacting you?
A. The basis was to -- to get an

opportunity to quote on some PC boards that we were currently purchasing from Red Board because they have a new PC board house that they are representing which is called Pal Pilot.

Q. And you said their PCB boards that are currently being produced by Red Board?

A. Yes, they want to quote on -- quote on or any other PC boards that they could, but in particular was the boards that Neptune, who was our customer, who we buy those PC boards from Red Board.

Q. So, if I understand you correctly, Mr. Smith contacted you and expressed and interest precisely in this Neptune project?

MR. BATASTINI: Objection.

Q. (By Ms. Sammartino) You can still answer the question, Mr. Sketers?

A. Can you -- can you rephrase -- what's the question again?

Q. Let me rephrase it for you. If