**EXHIBIT C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING AND MARKETING, LTD., Plaintiff, | : | |
| v. | : | C.A. No. 04-511 ML |
| MARK PETERSON, Defendant. | : | |

**AFFIDAVIT OF MICHAEL SKETERS**

I, Michael Sketers, being duly sworn, do depose and state as follows:

1. I am a Purchasing Agent for Trans Tron Limited ("TTL"). I have personal knowledge of all facts attested to herein unless otherwise stated.

2. I gave deposition testimony in this matter on December 28, 2004.

3. The purpose of this affidavit is to correct certain testimony that I gave during that deposition.

4. I provided Pal Pilot representative Mark Smith with a target price on the Neptune project. My earlier testimony on this point was incorrect.

5. My understanding is that Pal Pilot submitted a bid on the Neptune project to TTL based upon the target price that I provided to Mark Smith, and not based upon Mark Peterson's knowledge, if any, of International Sourcing and Marketing, Ltd.'s pricing. An implication in my earlier testimony to the contrary was incorrect.

Signed under the pains and penalties of perjury this 10 day of March 2005.

Michael Sketers