G. Kevin Kayhan, SSCI, 2700 North First Street, Building 1, San Jose, California, 95134. Knowledge of Mr. Peterson's work on behalf of ISM, the timing and content of communications with Mr. Peterson subsequent to his ISM departure, and Mr. Peterson's efforts to solicit work in direct competition with ISM.

H. Mark Smith, Rep One, Huntsville, Alabama. Knowledge of Mr. Peterson's work relationship with Pal Pilot and his involvement in efforts to solicit business from ISM customers and/or clients.

I. Michael Sketers, Trans Tron Ltd., 102 Electronics Boulevard, Huntsville, Alabama, 35801. Knowledge of Mr. Peterson's work relationship with Pal Pilot and his involvement in efforts to solicit business in connection with the Trans Tron Ltd. "Neptune" project.

Further responding, please refer to ISM's response to Mr. Peterson's First Request for the Production of Documents.

Interrogatory No. 20. List all persons whom you intend to call at a trial in this matter, and include a description of each person's expected testimony.

Answer No. 20. Objection to the extent that the within interrogatory seeks information protected by attorney client privilege and the work product doctrine. Without waiving said objections, it has not yet been determined who shall be called as witnesses at trial. However, it is my understanding ISM intends to call Gregory L. Lucini, David Peck, Kenneth Palumbo, Kevin Kayhan (possibly through use of deposition testimony), and Michael Sketers (possibly through use of deposition testimony).

Interrogatory No. 21. Describe in detail any irreparable harm that you allege in this matter.