EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING & MARKETING, LTD., Plaintiff, | : | C.A. No. 04-511ML |
| v. | : | |
| MARK PETERSON, Defendant | : | |

**AFFIDAVIT TESTIMONY**
**OF**
**ALLEN L. ANDERSON**

**BEFORE ME,** a Notary Public in and for Madison County, Alabama, personally appeared the affiant, Allen L. Anderson, and after first being duly sworn, deposed and stated that the following facts were within his personal knowledge:

1. My name is Allen L. Anderson, and I am presently employed as an attorney with the law firm of Fees & Burgess, P.C., located at 213 Green Street, Huntsville, Alabama 35801.

2. On or about the 3rd day of May, 2005, the United States District for the District of Rhode Island granted a motion for admission *pro hac vice*, filed by defendant Mark Peterson in the above styled case, permitting me to serve as co-counsel in the above-styled litigation.

3. As co-counsel, I participated in the deposition of Ty Daniel taken in Huntsville, Alabama, on Thursday, December 1, 2005, by the law firm of Sammartino & Berg, L.L.P.

4. On the afternoon of Friday, December 2, 2005, Catherine Sammartino of Sammartino & Berg, L.L.P., notified me by telephone of her intention to serve, on behalf of plaintiff International Sourcing and Marking, Ltd., deposition subpoenas to Mark Smith and

RepOne, Inc., for Monday, December 5, 2005, in Huntsville, Alabama. Sammartino further notified us that the depositions would not take place on that date; but rather were being served to preserve plaintiff's rights, as it sought an extension of time to complete discovery.

5. The undersigned did receive, on Tuesday, December 6, 2005, notices of deposition for Smith and RepOne for December 5, 2005, in Huntsville, Alabama. However, no such depositions were taken.

**FURTHER AFFIANT SAITH NOT.**

Allen L. Anderson

**SWORN TO AND SUBSCRIBED** before me this the 7th day of December, 2005.

Notary Public
My Commission Expires: 7-28-09

{SEAL}