[redacted]



Q And how many trips did you make?
A I don't recall.
Q Was it more than one?
A Yes.
Q And did you make those trips independently or with another ISM representative?
A Dave Peck went one time I think down there with me.
Q But do you recall making more than one trip?
A Yes.
Q And is it your recollection that on the remaining trips you were unaccompanied by other ISM representatives?
A Yes.
Q Any other claim to bonus entitlement?
A I would have to count it up and go back and check my records to make sure I had them all.
Q But in connection with your deposition today, did you engage in any review of those projects for which you claim a bonus entitlement?
A Yes, I did.
Q So is it fair to say that you're reasonably certain that you've given me all of them?
A No. One of the problems that I have is memory loss right now, short-term memory loss.

Q So there may be more?

A There may be more.

Q Is that your testimony?

A Yes.

Q And to what do you attribute your short-term memory loss?

A Stress.

Q How long have you been experiencing it?

A Two-and-a-half years, but. About two-and-a-half years.

Q And what triggered this stress that you've been experiencing?

A Initially it was the harassment on the job.

Q And when you say harassment, you're referring to the behavior that you testified to involving Mr. Palumbo?

A Yes. Along with -- along with another instance of, I thought about in Huntsville, Alabama, he threatened to fire me because I could not take him or know where to take him for prosecution services in Huntsville, Alabama.

Q And when was that?

A First quarter of 2004. So, he said, next time I come down, if you don't know where to take him, your

at that time I was not taking medicine.
Q Now, had you been taking medicine before you were prescribed Lexapro?
A Yes.
Q And when in time was that? Was that at the time you sought initial treatment?
A Yes.
Q So is it fair to say that that was 2003, early 2003?
A It might have been 2002, but I'm not positive.
Q And what particular incident, if any, prompted you to see Dr. Williams?
A Just the constant badgering and cussings and threats, things of that nature.
Q Who, if anyone, referred you to Dr. Deborah Williams?
A I don't recall who referred me.
Q But you do recall that someone referred you to her?
A I don't recall that.
Q Who's your general physician?
A It was a Dr. Coch, but he's moved out of the area, C-O-C-H.
Q And did another doctor assume responsibility for Dr. Coch's practice?
A Yes.

Q And you indicated in the affirmative?
A Yes.
Q Okay. And what details ensued?
A He laid out, you know, what they paid and how they paid, you know, that was really it.
Q Okay. And what type of work did Mr. Sullivan envision you would be doing?
A Southeastern regional manager.
Q And what was the pay?
A The initial pay that was offered was $80,000 a year plus benefits, and then we negotiated and settled on something different.
Q And what did you settle upon?
A I don't remember the exact amount. Eighty-eight something per month, with no benefits.
Q And would you be carried upon, under this arrangement that you settled upon, would you be carried on the Pal Pilot payroll?
A I don't understand the question.
Q Would you be receiving a regular paycheck from Pal Pilot?
A Yes.
Q With withholdings, tax withholdings?
A No.