file

Sammartino & Berg LLP

Catherine A. Sammartino
Admitted to practice law in Rhode Island, Massachusetts and Connecticut

Mark P. Gagliardi
Admitted to practice law in Rhode Island and Massachusetts

Andrew Berg
Admitted to practice law in Rhode Island and Massachusetts

Danielle R. Menard
Of Counsel. Admitted to practice law in Rhode Island, Massachusetts, New York and California

November 28, 2005

**VIA FACSIMILE AND REGULAR MAIL**

Armando B. Batastini, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

**Re: International Sourcing & Marketing Ltd. v. Mark Peterson**
**C.A. No. 04-511ML**

Dear Armando:

I write with regard to Mr. Peterson's responses to International Sourcing & Marketing Ltd.'s Second Request for Production of Documents. More than two months have passed since you were served with this discovery. To date, you have objected to only one request, regarding Mr. Peterson's medical records.

Please provide all outstanding discovery immediately, and no later December 5, 2005.

Moreover, with regard to your objection to ISM's request that Mr. Peterson produce his medical records, I remind you that Mr. Peterson has placed his health in the forefront of this litigation by claiming that he suffers from severe depression, manifested by, among other things, suicidal ideation, as a result of his ISM employment. The five year discovery period is reasonable in light of typical discovery practice as well as the need to evaluate Mr. Peterson's overall health and representations with regard to the same.

Please consider this correspondence ISM's effort to resolve these discovery issues prior to its filing of a motion to compel. ISM shall file a motion to compel next week absent compliance on Mr. Peterson's part. Thank you.

Very truly yours,

Catherine A. Sammartino

CAS/mgd
Cc: Kenneth R. Palumbo, President
Gregory Lucini, Executive Vice President

Shakespeare Hall, 128 Dorrance Street, Suite 400, Providence, Rhode Island 02903 • (401) 274-0113 • (401) 274-0175 fax