UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL SOURCING AND MARKETING, LTD., Plaintiff, | : | |
| v. | : | C.A. No. 04-511ML |
| MARK PETERSON, Defendant. | : | |

**DEFENDANT'S MOTION FOR LEAVE TO**
**FILE THIRD AMENDED COUNTERCLAIM**

Defendant Mark Peterson ("Peterson") hereby moves for leave of Court to file a third amended counterclaim. The sole purpose of this motion is to remove counts of intentional and negligent infliction of emotional distress from Peterson's counterclaim. Peterson attaches his proposed third amended counterclaim hereto.

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Granted, however the court does NOT rule on whether Plaintiff is entitled to Defendant's medical records.
Mary M. Lisi
USDJ 12/13/05