UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

DEC 14 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING &
MARKETING, LTD.,

Plaintiff

v. C.A. No. 04-511ML

MARK PETERSON,

Defendant

**ORDER**

This matter came before the Court for hearing on December 13, 2005, Magistrate Martin presiding, on Defendant's Motion to Extend Discovery Closure Deadline for the Limited Purpose of Permitting Defendant to Take Depositions; Plaintiff's Motion to Extend Discovery Closure Deadline; Plaintiff's Motion for Enlargement of Time; and Defendant's Motion for Dismissal for Plaintiff's Failure to Comply with Discovery Order. After due consideration and a hearing thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. Plaintiff's Motion to Extend Discovery Closure Deadline is GRANTED. All discovery deadlines in the Court's Pre-trial Order are extended by an additional sixty (60) days, until February 5, 2006.

2. Defendant's Motion To Extend Discovery Closure Deadline for The Limited Purpose of Permitting Defendant to Take Depositions is DENIED.

3. Defendant's Motion for Dismissal for Plaintiff's Failure to Comply with Discovery Order is continued until after the settlement conference.

4. Plaintiff's Motion for Enlargement of Time is continued until after the settlement conference.

5. All depositions shall be continued until after the settlement conference.

6. ISM will make itself available for a 30(b)(6) deposition the day following the settlement conference.

ENTER:

Magistrate ~~Martin~~ JUDGE
Dated: December 14th, 2005

PER ORDER:

Clerk
Dated: December 14th, 2005

Presented by,

Danielle Menard (#5821)
Sammartino & Berg LLP
128 Dorrance Street, Ste 400
Providence, RI 02903
(401) 274-0113

Counsel for Plaintiff

**CERTIFICATION**

I hereby certify that on this 14 day of December, 2005, I caused to be submitted via facsimile and regular mail, postage prepaid, a copy of the within Memorandum in Opposition to the following counsel of record:

Armando E. Batastini, Esquire
Stephen J. MacGillivray, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

Allen J. Anderson, Esquire
FEES & BURGESS, P.C.
213 Green Street
Huntsville, AL 35801