UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING AND MARKETING, LTD.,

Plaintiff,

v. C.A. No. 04-511ML

MARK PETERSON,

Defendant.

**DEFENDANT'S WITHDRAWAL OF AMENDED NOTICE TO TAKE DEPOSITION OF TIM SULLIVAN**

Defendant Mark Peterson hereby withdraws his amended notice to take the deposition of Tim Sullivan on **Wednesday, December 21, 2005 at 12:00 p.m. (EST)**, and from day to day thereafter until completed, at the offices of PalPilot, 43 Corporate Park, Suite 204, Irvine, California, before a qualified shorthand reporter of the State of California.

MARK PETERSON

By his Attorneys,

Stephen J. MacGillivray (#5416)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 12th day of December, 2005, I caused a true copy of the within Withdrawal of Amended Notice to Take Deposition to be served by first class mail, postage prepaid, to the following:

Catherine Sammartino, Esq.
Sammartino & Berg LLP
128 Dorrance Street, Suite 400
Providence, RI 02903

Allen L. Anderson, Esq.
Fees & Burgess, P.C.
213 Green Street
Huntsville, AL 35801

Mr. Tim Sullivan
PalPilot
43 Corporate Park, Suite 204
Irvine, CA 92606

Barkley Court Reporters
2201 Dupont Drive, Suite 150
Irvine, CA 92612



PRV_773677_1/ABATASTINI