RECEIVED
MAR 20 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING AND MARKETING, LTD.,
Plaintiff,

v. C.A. No. 04-511ML

MARK PETERSON,
Defendant.

FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

By agreement of the parties, the above-captioned action is dismissed with prejudice, each party to bear its own cost and fees.

Catherine A. Sammartino (#4762)
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
Telephone (401) 274-0113
Fax (401) 274-0175

Attorney for Plaintiff,
International Sourcing
and Marketing, Inc.

Date: 3-6-6

Stephen J. MacGillivray (#5416)
Edwards Angell Palmer
& Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Telephone (401) 274-9200
Fax (401) 276-6611

Attorney for Defendant,
Mark Peterson

Date: 3/17/06

Enter:
Mary M. Lisi
USDJ 3/20/06